# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| KTS (XXX-XX-8407) | CIVIL ACTION NO. 09-1197 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| US COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) and this case is **REMANDED** for further proceedings consistent with the court's decision.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 16th day of August, 2010.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE